### 8890.   McDONALD *v.* REESE.

LUKE, J.   The evidence authorized the judgment; and in view of the note of the trial judge, there was no merit in the other assignments of error.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*
DECIDED NOVEMBER 16, 1917.

Distraint; from city court of Leesburg—Judge Martin.   April 17, 1917.

*W. H. Beckham,* for plaintiff in error.
*Cruger Westbrook,* contra.